

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff

JUN 2 1 2006
**FILED**
JUN 2 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 06-70370 HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| MARIA NAJARA-CORTEZ, | ) SAN JOSE VENUE |
| Defendant. | ) |

On June 15, 2006, the parties in this case appeared before the Court for an initial appearance on a criminal complaint. The defendant was informed of the charges and released on bond. The parties requested that the arraignment be scheduled for July 20, 2006 before the Honorable Judge Trumbull. The parties requested additional time in order for the government to provide discovery to defense counsel and to allow the parties to explore a pre-indictment resolution. In addition, the defendant, through Assistant Federal Public Defender Jay Rorty, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 16, 2006 to July 20, 2006. The parties agree and stipulate that an exclusion of

| | |
|---|---|
| 1 | time is appropriate based on the defendant's need for effective preparation of counsel. |
| 2 | SO STIPULATED:               KEVIN V. RYAN |
|   |                              United States Attorney |
| 3 | |
| 4 | DATED:_____              _____/s/_____ |
|   |                              SUSAN KNIGHT |
| 5 |                              Assistant United States Attorney |
| 6 | |
|   | DATED:_____              _____/s/_____ |
| 7 |                              JAY RORTY |
|   |                              Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to July 20, 2006 at 9:30 a.m. before the Honorable Judge Trumbull. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 15, 2006 to July 20, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/21/06

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 05-70456 RS                                    2